UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joshua James Russell,  Civ. No. 10-2146 (PAM/SRN)

    Plaintiff,

v.  **ORDER**

Regents of the University
of Minnesota,

    Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Susan Richard Nelson, dated June 8, 2010. The Court must conduct a de novo review of all portions of a Magistrate Judge's R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. L. R. 72.2(b). No objections have been filed in the time period permitted. Thus, this Court **ADOPTS** the findings and conclusions in the R&R (Docket No. 3).

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 2) is **DENIED**; and

2. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), this action is summarily **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:   June 28, 2010

                         *s/Paul A. Magnuson*
                         Paul A. Magnuson
                         United States District Court Judge